Filed by ___ D.C.
Nov 20, 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20832-CR-GAYLES/OTAZO-REYES

18 U.S.C. § 1542
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

vs.

JUAN CARLOS RAMON-ITURRALDE,

        Defendant.
_____/

## INFORMATION

The Acting United States Attorney charges that:

### COUNT 1
### Making a False Statement in Passport Application
### (18 U.S.C. § 1542)

On or about June 15, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JUAN CARLOS RAMON-ITURRALDE,**

did willfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant represented that his name was J.L.V., when in truth and in fact, and as the defendant then and there well knew, his name was not J.L.V., in violation of Title 18, United States Code, Section 1542.

## COUNT 2
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about June 15, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JUAN CARLOS RAMON-ITURRALDE,**

during and in relation to a felony violation of Title 18, United States Code, Section 1542, that is, willfully and knowingly making a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that his name was J.L.V., when in truth and in fact, and as the defendant then and there well knew, his name was not J.L.V., as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name, social security number, and passport number of J.LV., in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **JUAN CARLOS RAMON-ITURRALDE**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1542, as alleged in this Information, the defendant shall forfeit to the United States of America the following:

   a) any conveyance, including any vessel, vehicle, or aircraft used in the

        commission of such violation; and/or

  b) any property, real or personal,

      i. that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of such violation; and/or

      ii. that was used to facilitate, or was intended to be used to facilitate, the commission of such violation.

All pursuant to Title 18, United States Code, Section 982(a)(6), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
FREDERIC C. SHADLEY
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JUAN CARLOS RAMON-ITURRALDE

Defendant. /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division**: (Select One)

☑ Miami   ☐ Key West
☐ FTL   ☐ WPB   ☐ FTP

New Defendant(s)          Yes ☐   No ☐
Number of New Defendants  ____
Total number of counts    ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    YES
   List language and/or dialect   SPANISH

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I     0 to 5 days       ☑       Petty      ☐
   II    6 to 10 days      ☐       Minor      ☐
   III   11 to 20 days     ☐       Misdem.    ☐
   IV    21 to 60 days     ☐       Felony     ☑
   V     61 days and over

6. Has this case been previously filed in this District Court?  (Yes or No)  No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.              17-mj-03105-PAW
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of     _____
   Rule 20 from the District of
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ☐   No ☑

/s/ Frederic C. Shadley
Frederic C. Shadley
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5502298

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JUAN CARLOS RAMON-ITURRALDE

**Case No:** _____

Count #: 1

Making a False Statement in an Application for a United States Passport

Title 18, United States Code, Section 1542

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 2

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment, consecutive to any other sentence

**\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| JUAN CARLOS RAMON-ITURRALDE | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*