Juan C Ramon Jr.
201 W Riverbend Dr
Sunrise FL 33326
(305) 772-8030
Jcramon1986@gmail.com

Honorable Judge Darrin P. Gayles
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-1
Miami, Florida 33128
(305) 523-5170



FILED BY _____ D.C.

MAY 13 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

5/10/2020

Re:   Juan Carlos Ramon, Inmate No. 16662-104
      United States v. Juan Carlos Ramon-Iturralde
      Case No.: 17-20832-CR-Gayles
      Southern District of Florida

Dear Honorable Judge Gayles:

My name is Juan Carlos Ramon Jr. and I am writing on behalf of **Juan Carlos Ramon Sr.**, my father, an inmate at FCI Butner Low (Inmate No. 16662-104). My Dad has now served half of the two (2) year sentence previously imposed by you in the above referenced case.

We are no longer represented by an attorney, and, I respectfully request this letter be considered as a *pro se* **Motion for Compassionate Release** on behalf of my father in accordance with Program Statement 5050.49, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. § 3582(c)(1)(A).

At this time, we have exhausted our administrative remedies. The beginning of April 2020 I sent the Warden at Butner the same letter I sent you last month seeking my father's **Compassionate Release;** below are tracking numbers and receipt confirmation.

Separately, my father has talked to his case manager, counselor, and, other BOP personnel at Butner about his request for **Compassionate Release.** My Dad was told the Warden/BOP denied his request for compassionate release, they have told my Dad as individuals they do not oppose **Compassionate Release** and

encouraged him to now pursue his request directly with the courts. As of now, between inmates and facility personal, there are over **400** confirmed cases where my father is located.

I also spoke with the Assistant United States Attorney, Fredric Shadley, who has been very gracious in his several conversations with me. He has told me that his office position is that these requests are best left up to the judge.

On September 24, 2018, my father, Juan Carlos Ramon-Iturralde suffered a major, life-threatening and life-changing, cardiac episode. He expired more than once during the attempts to save his life. Fortunately, for the sake of my life as well as my son's and my young brothers lives, his medical team was able to revive him. It has been a difficult journey for him to try to regain some quality of life.

On March 26, 2019, my father, Juan Carlos Ramon-Iturralde, was sentenced to serve a two-year prison sentence to be followed by a year of supervised release. He has never been convicted of a violent crime and, any charges relating to violence were misunderstandings that were later dropped, as explained by his attorney. My father is a religious man who, throughout my life, has been known to everyone as a dependable source of strength for family and friends. The thought that he could find himself alone in a desperate situation and, we could lose him before our arrival is unbearable.

My father's health at the present time is very delicate. According to his medical team, it is crucial to his health to continue the drug therapy and be closely monitored since he suffered severe damage and loss of function to a portion of his heart. Despite whatever legal situations he has found himself in, relating to this case or past misunderstandings, he has always complied with his court obligations.

Thank you very much for your consideration. I pray you will grant this motion so that he may go home and be with me and our family for what time he has left.

Respectfully Submitted,

Juan C Ramon Jr.

cc: **Assistant U.S. Attorney**
Frederic Shadley
99 NE 4th Street
Miami, FL 33132
305-961-9349
frederic.shadley@usdoj.gov

<u>Sent via email and certified mail:</u>

**Tracking Number:** 70190160000005618185

Your item was delivered to the front desk, reception area, or mail room at 12:05 pm on April 6, 2020 in MIAMI, FL 33128.

**Tracking Number:** 70190160000005618192

Your item was picked up at a postal facility at 8:07 am on April 6, 2020 in BUTNER, NC 27509.

Juan C. Ramon Jr.
201 Riverbend Dr
Sunrise, FL 33326
(305) 772-8030

7019 2970 0000 7064 7038

CERTIFIED MAIL

Judge Darrin P. Gayles
United States
Courthouse
400 N. Miami Ave Room 11-1
Miami, Florida 33128

U.S. POSTAGE PAID
WESTON, FL
33326
MAY 11, 20
AMOUNT
$11.05
R2305K141015-2